

# NUMBER 13-18-00304-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CRISTOBAL GARCIA,                                             **Appellant,**

**v.**

THE STATE OF TEXAS,                                           **Appellee**.

---

### On appeal from the 36th District Court
### of San Patricio County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion by Chief Justice Valdez**

Appellant Cristobal Garcia attempted to appeal his conviction for aggravated sexual assault of a child in cause number S-17-3337CR in the 36th District Court of San Patricio County, Texas. *See* TEX. PENAL CODE ANN. § 22.021(a)(2)(B) (West, Westlaw through 2017 1st C.S.). His appeal was docketed in our appellate cause number 13-18-

00132-CR.   We dismissed that appeal because the trial court certified that it was "a plea-bargain case, and the defendant has NO right of appeal."   See TEX. R. APP. P. 25.2(a)(2). *See Garcia v. State*, No. 13-18-00132-CV, 2018 WL _____, at *__ (Tex. App.—Corpus Christi June __, 2018, no pet. h.) (mem. op., not designated for publication).

Appellant has now filed a notice of appeal regarding the trial court's denial of his "Motion for the Record in Forma Pauperis," pertaining to the provision of an appellate record for the purposes of appealing cause number 13-18-00132-CR.   However, we have dismissed the appeal of appellant's conviction in cause number 13-18-00132-CR pursuant to the trial court's certification.   Accordingly, appellant's attempt to appeal the trial court's denial of appellant's motion to proceed in forma pauperis has been rendered moot.   *See Chacon v. State*, 745 S.W.2d 377, 378 (Tex. Crim. App. 1988) (per curiam) (noting that "[g]enerally a cause, issue or proposition is or becomes moot when it does not, or ceases to, rest on any existing fact or right"); *see also Jack v. State*, 149 S.W.3d 119, 123 n.10 (Tex. Crim. App. 2004).   We therefore dismiss this appeal as moot.

**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
28th day of June, 2018